UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 4:12CV1077  HEA |
| CITY OF ST. LOUIS and EDWARD ROTH, | ) ) ) ) |
| Defendants. | ) |

**PRELIMINARY INJUNCTION**

In accordance with the Opinion, Memorandum and Order dated this same date,

**IT IS HEREBY ORDERED** that the City of St. Louis, Missouri, and its officers and agents are enjoined from further implementing the emergency condemnation order of May 16, 2012.

This injunction shall become effective upon Plaintiff posting a bond in the amount of $100.00 and shall remain in effect until further order of this Court.

Dated this 27th day of August, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE